FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK TOWNSEND,<br><br>        Petitioner,<br><br>   v.<br><br>DEBRA DEXTER, Warden,<br><br>        Respondent. | NO. CV 07-6827-GAF(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____2/27_____, 2008.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE